■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY LATHAM, Also Known as KEVIN O'SULLIVAN, Appellant. [833 NYS2d 384]— Appeal from judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered April 14, 2005, deemed withdrawn in accordance with defendant's correspondence. No opinion. Order filed. Concur—Tom, J.P., Marlow, Williams, Gonzalez and Catterson, JJ.